NOTICE: This opinion is subject to modification resulting from motions for reconsideration under Supreme Court Rule 27, the Court's reconsideration, and editorial revisions by the Reporter of Decisions. The version of the opinion published in the Advance Sheets for the Georgia Reports, designated as the "Final Copy," will replace any prior version on the Court's website and docket. A bound volume of the Georgia Reports will contain the final and official text of the opinion.

In the Supreme Court of Georgia

Decided: January 18, 2023

S22Y0508. IN THE MATTER OF DEBRA KAYE SCOTT.

PER CURIAM.

This matter is before the Court on the State Bar's motion for suspension of Respondent Debra Kaye Scott (State Bar No. 631980). On April 19, 2022, this Court accepted Scott's petition for voluntary discipline and ordered Scott to receive a State Disciplinary Review Board reprimand for her admitted violations of Rules 1.4 and 1.5 (b) of the Georgia Rules of Professional Conduct, see Bar Rule 4-102 (d), in separate disciplinary matters.[1] See *In the Matter of Scott*, 313 Ga. 618 (872 SE2d 279) (2022). Although Scott was notified on several occasions to appear for the reprimand, she failed to appear at the dates and times specified for the reprimand. Therefore, the Court

---

[1] We note that the State Bar's website lists Ms. Scott as being "Administrative[ly] Suspen[ded]" for failure to pay license fees.

hereby suspends Scott from the practice of law from the date of this opinion until such time as the reprimand is administered. See Bar Rule 4-109. Once Scott appears for and is administered the reprimand and the State Bar confirms that Scott received her reprimand, the State Bar is directed to file a motion in this Court to lift the suspension. Scott is reminded of her duties under Bar Rule 4-219 (b).

*Suspended until reprimand administered. All the Justices concur.*